IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 5:03-CV-68-BO(3)

FILED

JAN 3 0 2003

DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. N. CAROLINA

| | |
|---|---|
| A.P. THORPE, III; A.P. THORPE, IV; ANNIE GRAY THORPE DIXON; TRIDRA INVESTMENTS, LLC: THORPE LIQUIDATING COMPANY, INC., f/k/a THORPE & COMPANY, INC. OF ROCKY MOUNT, <br><br> Plaintiffs, <br><br> v. <br><br> KPMG LLP; PRESIDIO ADVISORS, LLC; and SIDLEY AUSTIN BROWN & WOOD LLP, f/k/a BROWN & WOOD, LLP, <br><br> Defendants. | **NOTICE OF FILING STATE COURT RECORD** |

Please take notice that Defendant KPMG LLP hereby files a certified copy of the record in case number 02 CvS 388 from the General Court of Justice, Superior Court Division, Chowan County, North Carolina, which has now been removed to this Court. A copy of the state court record is attached to this Notice.

JAN 3 0 2003

Respectfully submitted this the 29th day of January, 2003.

_____
James T. Williams, Jr.
    N.C. State Bar No. 4758
Clinton R. Pinyan
    N.C. State Bar No. 22260
J. Benjamin Davis
    N.C. State Bar No. 25387
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
(336) 373-8850
Facsimile (336) 378-1001
LR 2.04 Counsel

_____ /s/ et al,
William J. Schwartz, Esq.    As Authorized
Stephen L. Ascher, Esq.
KRONISH LEIB WEINER
& HELLMAN, LLP
1114 Avenue of the Americas
New York, New York, 10036-7798
(212) 479-6000
Facsimile (212) 479-6275

*Attorneys for Defendant KPMG LLP*

2

## CERTIFICATE OF SERVICE

I certify that, today, I served the foregoing document by U.S. mail, on the following counsel for Plaintiffs:

James R. Gilreath, Esq.
THE GILREATH LAW FIRM, P.A.
Post Office Box 2147
Greenville, South Carolina 29602

Janice McKenzie Cole, Esq.
Post Office Box 701
Hertford, North Carolina 27944

T. English McCutchen, Esq.
MCCUTCHEN, BLANTON, JOHNSON & BARNETTE, L.L.P.
Post Office Drawer 11209
Columbia, South Carolina 29211

John P. Freeman, Esq.
236 North Stonehedge Drive
Columbia, South Carolina 29210

This the 29 day of January, 2003.

_____
Clinton R. Pinyan
*Attorney for Defendant KPMG LLP*

**\*\*PARTIALLY SCANNED DOCUMENT\*\***

THIS IS A PARTIALLY SCANNED DOCUMENT.
PLEASE SEE THE CASE FILE FOR ANY
ATTACHMENTS OR OTHER MATERIALS WHICH
HAVE NOT BEEN SCANNED.

**\*\*PARTIALLY SCANNED DOCUMENT\*\***